Samuel WOODS,[1] Respondent
Below-Appellant,

v.

Jessica WOODS, Petitioner
Below-Appellee.

No. 606, 2015

Supreme Court of Delaware.

Submitted: June 10, 2016
Decided: August 19, 2016

Court Below—Family Court of the State
of Delaware, in and for Kent County, File
No. CK08-03006, Pet. No. 08-36179

DISMISSED. AFFIRMED.

Jenail BROWN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 53, 2016

Supreme Court of Delaware.

Submitted: August 10, 2016 [1]
Decided: August 19, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID Nos.
1112012522, 1205017240

AFFIRMED.

Mandel WALKER, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 97, 2016

Supreme Court of Delaware.

Submitted: August 1, 2016
Decided: August 19, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1405021326

AFFIRMED.

Devin L. COLEMAN, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 4, 2016

Supreme Court of Delaware.

August 19, 2016

Dismissed.

1. The Court previously assigned pseudonyms to the parties.

1. In this appeal from the denial of postconviction relief, neither the parties' submissions on appeal nor the Superior Court record included a copy of the underlying motion for post-conviction relief filed on October 17, 2014. At the Court's request, the Prothonotary located the original motion, which was inadvertently omitted from the record lodged on appeal. The motion was filed with this Court, in the Office of the Clerk, on August 10, 2016, and will be placed in the Superior Court record.